

# Fourth Court of Appeals
## San Antonio, Texas

December 5, 2017

No. 04-17-00766-CV

**IN RE** Lynn M. **KOLB**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
               Karen Angelini, Justice
               Rebeca C. Martinez, Justice

On December 4, 2017, the real party in interest filed an opposed motion for emergency temporary relief. The motion is GRANTED, and all trial court proceedings relating to this matter, including all proceedings on relator's Petition for Declaratory Judgment and/or Alternatively, Motion to Modify Parent-Child Relationship filed in trial court cause number 2014-CI-14217, are STAYED pending final disposition of this original proceeding.

It is so **ORDERED** on December 5, 2017.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2017CI17273, styled *In the Interest of C.S.K.*, pending in the 73rd Judicial District Court, Bexar County, Texas, the Honorable David A. Canales presiding.